UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JESUS FUENTES, as a Parent of a Disabled Child,

        Plaintiff,

-against-

BOARD OF EDUCATION OF THE CITY OF
NEW YORK; BARRY MASTELLONE,
Administrator of the HHVI of the Board of
Education of the City of New York; and
DENISE WASHINGTON, Chief Administrator of
Impartial Hearing Office of the Board of
Education of the City of New York,

        Defendants.
-----------------------------------------------------------------X

JUDGMENT
01-CV-1454 (FB)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ SEP 15 2006 ★

**BROOKLYN OFFICE**

A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on September 13, 2006, dismissing the complaint in its entirety; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that the complaint is dismissed in its entirety.

Dated: Brooklyn, New York
       September 13, 2006

                                            ROBERT C. HEINEMANN
                                            Clerk of Court